ADRIENNE C. PUBLICOVER (SBN 161432)
MICHAEL K. BRISBIN (SBN 169495)
**WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP**
525 Market Street, 17th Floor,
San Francisco, CA 94105-2725
Telephone: 415.433.0990
Facsimile: 415.434.1370

Attorneys for Defendant,
**AMERICAN INTERNATIONAL LIFE
ASSURANCE COMPANY OF NEW YORK**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE McCUMBER,<br><br>          Plaintiff,<br><br>vs.<br><br>AMERICAN INTERNATIONAL LIFE ASSURANCE COMPAY OF NEW YORK; and AMERICAN INTERNATIONAL GROUP, INC. PLAN NUMBER 502<br><br>          Defendant. | Case No. 2:08-CV-01639-WBS-GGH<br><br>**[PROPOSED] ORDER FOR THE JOINT STIPULATION TO EXTEND ALL DEFENDANTS' TIME TO ANSWER PLAINTIFF'S COMPLAINT**<br><br>Action Filed: July 17, 2008<br>Trial Date:    Not Assigned |

## ORDER

In light of the Joint Stipulation of the Parties to extend, by 30 days, the time for all Defendants to answer Plaintiff's Complaint, and good cause appearing therefore, the Court hereby orders that the due date for Defendant AMERICAN

[Proposed] Order for the Joint Stipulation to Extend All Defendants' Time to Answer Plaintiff's Complaint
Case No.: 2:08-CV-01639-WBS-GGH
371127.1

1

1  INTERNATIONAL LIFE ASSURANCE COMPANY OF NEW YORK to
2  respond to Plaintiff's DIANE McCUMBER'S Complaint on its behalf, and on
3  behalf of AMERICAN INTERNATIONAL GROUP, INC. PLAN NUMBER 502,
4  is extended for thirty (30) days, up to and including September 26, 2008.

6  **IT IS SO ORDERD**.

8  Dated:   August 20, 2008

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[Proposed] Order for the Joint Stipulation to Extend All Defendants' Time to Answer Plaintiff's Complaint
Case No.: 2:08-CV-01639-WBS-GGH
371127.1

2