FRANK N. DARRAS #128904, fdarras@sbdelaw.com
SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
3257 East Guasti Road, Suite 300
Ontario, CA  91761
Telephone:   (909) 390-3770
Facsimile:   (909) 974-2121

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE McCUMBER,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN INTERNATIONAL LIFE ASSURANCE COMPANY OF NEW YORK; and AMERICAN INTERNATIONAL GROUP, INC. PLAN NUMBER 502,<br><br>Defendants. | Case No.: 2:08-cv-01639-WBS-GGH<br><br>**STIPULATION RE VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>**[ORDER ATTACHED]**<br><br>Date Action Filed:   July 18, 2008<br>Trial Date:             August 18, 2009 |

  IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff DIANE McCUMBER and defendants AMERICAN INTERNATIONAL LIFE ASSURANCE COMPANY OF NEW YORK and AMERICAN INTERNATIONAL GROUP, INC. PLAN NUMBER 502, and their attorneys of record, that the parties have resolved this matter in its entirety.

  IT IS HEREBY AGREED that the complaint and any counterclaim on file herein

/ / /

/ / /

/ / /

/ / /

- 1 -
STIPULATION RE VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

444466.1

1 shall be dismissed with prejudice, each side to bear their own attorney fees and costs.

Dated: May 21, 2009

SHERNOFF BIDART DARRAS ECHEVERRIA, LLP

_/s/ Frank N. Darras_
FRANK N. DARRAS
Attorneys for Plaintiff,
DIANE McCUMBER

Dated: May 22, 2009

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

/s/
ADRIENNE C. PUBLICOVER
MICHAEL K. BRISBIN
Attorneys for Defendants, AMERICAN INTERNATIONAL LIFE ASSURANCE COMPANY OF NEW YORK; and AMERICAN INTERNATIONAL GROUP, INC. PLAN NUMBER 502

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE McCUMBER,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAN INTERNATIONAL LIFE ASSURANCE COMPANY OF NEW YORK; and AMERICAN INTERNATIONAL GROUP, INC. PLAN NUMBER 502,<br><br>    Defendants. | Case No: 2:08-cv-01639-WBS-GGH<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

# O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: May 28, 2009

*/s/ William B. Shubb/*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

444466.1